UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DONNA WHITAKER

    Plaintiff,

V.                                                CIVIL ACTION NO

LINEBARGER, GOGGAN, BLAIR & SAMPSON, LLP

Defendant.                                    JUNE 30, 2014

## COMPLAINT

Plaintiff, sues Defendant a non-licensed collection agency, which is illegally doing business in Maryland and alleges:

## I. PRELIMINARY STATEMENT

1. This is an action brought pursuant to 15 D.S.C. § 1692, *et sequi,* known more commonly as the "Fair Debt Collection Practices Act" ("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

## II. JURISDICTION

2. The jurisdiction of this Court arises under 15 U.S.C. §1692k and 28 U.S.C. §1337.

## III. ALLEGATIONS AS TO PARTIES

3. Plaintiff is a resident of Silver Springs, Maryland.

4. At all times material hereto, Defendant, ("Collection Agency), <u>was not</u> licensed as a collection agency as required by the Maryland Department of Financial Regulation.

5. At all times material hereto, Defendant was doing business in Maryland.

6. At all times material hereto, Defendant, was acting like a licensed collection agency with a principal place of business at 920 North King Street, Suite 412, One Rodney Square,

Wilmington, DE 19801.

7. Defendant is or was engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempted to collect consumer debts alleged to be due to another in the State of Maryland.

## IV. FACTUAL ALLEGATIONS

8. Defendant is the collection agent for Delaware Dept of Transportation and regularly collected or attempted to collect monies from consumers for delinquent or alleged delinquent personal debt. (toll debt). See Exhibit "1".

9. On or about June 13, 2014, Defendant communicated with the Plaintiff for the purpose of collecting monies for an alleged delinquent toll purportedly owed by plaintiff.

## V. DEFENDANTS' PRACTICES

10. It is or was the policy and practice of Defendant to communicate with Maryland consumers in a manner which was reasonably calculated to confuse or frustrate, or mislead MD consumers in violation of the FDCPA §1692e.

11. Defendant communicated with the Plaintiff and attempted to collect this alleged debt.

12. Plaintiff was advised by a collection agent that there was a charge for a toll, in addition to other fees.

## VI. ALLEGATIONS OF LAW

### A. General

13. At all times material hereto, plaintiff was a "consumer" as said term is defined under 15 U.S.C. §1692a (3).

14. At all times material hereto, "Delaware Dept of Transportation", represented by Defendant was a "creditor" as said term is defined under 15 U.S.C. §1692a (4).

15. At all times material hereto, the amount purportedly owed to "Delaware Dept of Transportation" represented by Defendant was a "debt" as said term is defined under 15 U.S.C. §1692a (5).

**A. Unlawful Claim**

16. With respect to the attempt by Defendant to collect the alleged debt as more particularly described above, the conduct of Defendant violated the FDCPA, including but not limited to:

    a. The use of false representations, deceptive or misleading representations or means to collect or attempt to collect a debt in violation of 15 U.S.C. §1692e.

    b. The collection of a debt without the proper license as required by MD Collection Agency Act.

    c. See Md. BUSINESS REGULATION Code Ann. § 7-305, which requires (a) Scope of license. -- A license authorizes the licensee to do business as a collection agency at only 1 place of business (2014).

    d. The Defendant lists an address on their collection letter of Willington, DE and a PO Box located at San Antonio, TX. Neither address is licensed with MD Dept of Financial Regulation.

17. As a result of Defendant's' conduct, Plaintiff is entitled to an award of actual and statutory damages pursuant to 15 U.S.C. §1692k.

18. Plaintiff is entitled to an award of costs and attorneys fees pursuant to 15 U.S.C. § 1692k.

**WHEREFORE, Plaintiff, an individual, requests judgment be entered in her favor against Defendant for:**

1. Actual and statutory damages pursuant to 15 U.S.C. §1692k;

2. An award of costs and attorney's fees pursuant to 15 U.S.C. § 1692k; and

3. Such other and further relief as the Court may deem just and equitable.

## DEMAND FOR JURY TRIAL

THE PLAINTIFF

BY /S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
163 Mitchells Chance Road, #244
Edgewater, MD 21037
Ph  (443) 607-8901
Fax (443) 440-6372
Fed. Bar # Md26843
bernardtkennedy@yahoo.com

# Linebarger Goggan Blair & Sampson, LLP

ATTORNEYS AT LAW
920 North King Street, Suite 412
One Rodney Square
Wilmington, DE 19801
1(877) 265-6847 Toll Free

JUNE 13, 2014

38114456

Registered Owner: DONNA LOUISE WHITAKER
License Plate #: 3AN4187
Civil Violation #: 3202154
Amount Due to Delaware Dept. of Transportation: $66.50 as of
JUNE 13, 2014

DONNA LOUISE WHITAKER
14104 CASTLE BLVD APT 201
SILVER SPRING MD 20904-4631

## SECOND NOTICE

Dear DONNA LOUISE WHITAKER:

This firm is a debt collector. We are attempting to collect a debt and any information obtained will be used for that purpose. This is NOT a threat to file a law suit. At this time, no attorney with this firm has personally reviewed the particular circumstances of your account.

Our law firm previously sent to you a letter regarding your debt with the Delaware Department of Transportation. You have failed to respond to our correspondence and we are assuming that this debt is valid.

The Delaware Department of Transportation is entitled to payment in full. Payment can be made, using the coupon below, by sending a cashier's check, money order or personal check made payable to "Linebarger Goggan Blair & Sampson, LLP." To pay by credit card, please call 1(877) 265-6847 or log on to www.lgbswebpayments.com and use **Client Code DESTDOT1** and **Online Payment Number 38114456**.

If you have any questions, contact our office at 1(877) 265-6847.

Sincerely,

Linebarger Goggan Blair & Sampson, LLP

**NOTICE: SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.**

**PLEASE COMPLETE AND DETACH THE REPLY FORM BELOW AND RETURN IN THE ENVELOPE PROVIDED**

---

Linebarger Goggan Blair & Sampson, LLP
PO Box 659443
San Antonio TX 78265

License Plate #: 3AN4187
Civil Violation #: 3202154

Payment should be in the form of a cashier's check, money order or personal check made payable to:
**Linebarger Goggan Blair & Sampson, LLP.**
Write the Civil Violation Number on your payment.



#BWNKBYR
#S0000381144561#
DONNA LOUISE WHITAKER
14104 CASTLE BLVD APT 201
SILVER SPRING MD 20904-4631

LGBS, LLP
CLIENT #: DESTDOT1
PO BOX 702118
SAN ANTONIO TX 78270