UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DONNA WHITAKER

    Plaintiff,

V.                                  CIVIL ACTION NO
                                       1:14-cv-2113 GLR

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

Defendant.                            September 8, 2014

### NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
163 Mitchells Chance Road, #244
Edgewater, MD 21037
Ph  (443) 607-8901
Fax (443) 440-6372
Fed. Bar # Md26843
bernardtkennedy@yahoo.com

APPROVED THIS 9th DAY OF Sept, 2014.

_/s/ George L. Russell_
GEORGE L. RUSSELL, III, U.S.D.J.